UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )    Case No.   1:13-mj-00197 SKO
                                   )
     vs.                           )    **ORDER OF DETENTION PENDING A BOND**
                                   )    **VIOLATION HEARING**
ANTONIO MORALES-CHAVEZ,            )
                                   )
          Defendant.               )
_____)

A.   Order for Revocation and Detention

   After conducting a preliminary hearing and detention hearing pursuant to Federal Rules of Criminal Procedure 32.1(a)(1) and 46(c) and 18 U.S.C. § 3143(a) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3143 pending transfer to the District of Minnesota.

B.   Statement of Reasons for the Revocation and Detention

   The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

   _____  (1)  There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.
                              **or**
   __X__  (2)  There is clear and convincing evidence that this defendant has violated a condition or conditions of release.
                              **and**
   _____  (3)  That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

   __X__  (4)  That this defendant is unlikely to abide by any condition or combination of conditions of release.

   _____  (5)  That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

   __X__  (6)  Other:  The defendant is to be transported to the District of Minnesota as soon as practicable.

IT IS SO ORDERED.
  Dated:  **September 24, 2013**            /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE